UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO.11-12454

MARK CARR, ET.AL,

      Plaintiff(s),

-V-

MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., ET.AL,
      Defendant(s).
_____/

## ORDER OF DISMISSAL

At a session of said Court, held in the United States Courthouse, in the City of Detroit, State of Michigan, on June 15, 2011.

PRESENT: THE HONORABLE PATRICK J.DUGGAN
UNITED STATES DISTRICT JUDGE

Due notice of filing fee not paid having been entered in the above-entitled case and there being no record that the Clerk's Office has received the filing fee; therefore

IT IS HEREBY ORDERED that the above-entitled case be, and hereby is DISMISSED for failure to pay the filing fee..

      s/Patrick J. Duggan
      Patrick J. Duggan
      United States District Judge

Dated: June 15, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 15, 2011, by electronic and/or ordinary mail.

      s/Marilyn Orem
      Case Manager